Girard C. CHAMNESS, Plaintiff–Appellant,

v.

John McHUGH, Secretary of the Army, Defendant–Appellee.

No. 2012–1547.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2013.

David P. Sheldon, Law Offices of David P. Sheldon, PLLC, of Washington, DC, argued for plaintiff-appellant.

Douglas K. Mickle, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Principal Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director. Of counsel on the brief was Christopher C. Cox, United States Army Legal Services Agency, Army Litigation Division, Fort Belvior, VA.

LOURIE, MAYER, and O'MALLEY, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.